IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-11-0162 |
| LAMONDES WILLIAMS<br>    Petitioner | * | |

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 (ECF No. 211). The Government has responded (ECF No. 226). The Court has carefully reviewed the Defendant's Motion and the entire record in this case. For the reasons stated in the Government's Response, the Motion is DENIED.

A certificate of appealability may issue only if the defendant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). *See also Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In order to satisfy § 2253(c), a defendant must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. *Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003) (citing *Slack*, 529 U.S. at 484). Defendant has failed to meet the standard for a certificate of appealability. Therefore, it is DENIED.

DATED this 5th day of July, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge